# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-451-148**

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 03, 2025

---

## Title
_____

**Title of Work:**   Cigar Bar Evening Lounge

## Completion/Publication
_____

**Year of Completion:** 2003
**Date of 1st Publication:** January 05, 2004
**Nation of 1st Publication:** Canada

## Author
_____

- **Author:** Brent Joseph Lynch
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Canada

## Copyright Claimant
_____

**Copyright Claimant:** Brent Lynch
3267 Blueback Drive, Nanoose Bay, V9P 9J1, Canada

## Rights and Permissions
_____

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

Page 1 of 2

Name:  David Denholm
Date:  March 13, 2025
Applicant's Tracking Number:  BL2025031301



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-451-154**

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 03, 2025

## Title
_____

**Title of Work:**    Pearl Escent Diva

## Completion/Publication
_____

**Year of Completion:**    2007
**Date of 1st Publication:**    September 01, 2007
**Nation of 1st Publication:**    Canada

## Author
_____

- **Author:**    Brent Joseph Lynch
  **Author Created:**    2-D artwork
  **Work made for hire:**    No
  **Citizen of:**    Canada

## Copyright Claimant
_____

**Copyright Claimant:**    Brent Lynch
3267 Blueback Drive, Nanoose Bay, V9P 9J1, Canada

## Rights and Permissions
_____

**Organization Name:**    Grateful Licensing Group LLC.
**Name:**    Matt Appelman
**Email:**    matt@gratefullicensing.com
**Telephone:**    (802)777-1337
**Address:**    P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

Page 1 of 2

**Name:** David Denholm
**Date:** March 13, 2025
**Applicant's Tracking Number:** BL2025031301



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-451-155

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 03, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Place Your Bet |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | March 01, 2006 |
| **Nation of 1st Publication:** | Canada |

## Author

| | |
|---|---|
| • **Author:** | Brent Joseph Lynch |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brent Lynch |
| | 3267 Blueback Drive, Nanoose Bay, V9P 9J1, Canada |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

**Name:** David Denholm
**Date:** March 13, 2025
**Applicant's Tracking Number:** BL2025031305



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-451-149

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 03, 2025

---

## Title

**Title of Work:**    Evening Lounge 2

## Completion/Publication

**Year of Completion:**    2006
**Date of 1st Publication:**    March 01, 2006
**Nation of 1st Publication:**    Canada

## Author

- **Author:**    Brent Joseph Lynch
  **Author Created:**    2-D artwork
  **Work made for hire:**    No
  **Citizen of:**    Canada

## Copyright Claimant

**Copyright Claimant:**    Brent Lynch
3267 Blueback Drive, Nanoose Bay, V9P 9J1, Canada

## Rights and Permissions

**Organization Name:**    Grateful Licensing Group LLC.
**Name:**    Matt Appelman
**Email:**    matt@gratefullicensing.com
**Telephone:**    (802)777-1337
**Address:**    P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** March 13, 2025
**Applicant's Tracking Number:** BL2025031302



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

# VA 2-451-156

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
July 03, 2025

## Title
_____

**Title of Work:**    Twilight Romance

## Completion/Publication
_____

**Year of Completion:**    2004
**Date of 1st Publication:**    March 01, 2004
**Nation of 1st Publication:**    Canada

## Author
_____

- **Author:**    Brent Joseph Lynch
  **Author Created:**    2-D artwork
  **Work made for hire:**    No
  **Citizen of:**    Canada

## Copyright Claimant
_____

**Copyright Claimant:**    Brent Lynch
3267 Blueback Drive, Nanoose Bay, V9P 9J1, Canada

## Rights and Permissions
_____

**Organization Name:**    Grateful Licensing Group LLC.
**Name:**    Matt Appelman
**Email:**    matt@gratefullicensing.com
**Telephone:**    (802)777-1337
**Address:**    P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

**Name:** David Denholm
**Date:** March 13, 2025
**Applicant's Tracking Number:** BL2025031306

