IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENT LYNCH,<br><br>                        Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS, *et al.*,<br><br>                        Defendants. | Civil Action No. 26-cv-79 |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, in the above captioned action, certify that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                                                Respectfully submitted,

Dated: January 14, 2026

                                                /s/ Stanley D. Ference III
                                                Stanley D. Ference III
                                                Pa. ID No. 59899
                                                courts@ferencelaw.com

                                                FERENCE & ASSOCIATES LLC
                                                409 Broad Street
                                                Pittsburgh, Pennsylvania 15143
                                                (412) 741-8400 – Telephone
                                                (412) 741-9292 – Facsimile

                                                Attorneys for Plaintiff